# Liebowitz ◉ Law Firm, PLLC
ATTORNEYS FOR THE PHOTOGRAPHIC ARTS

11 SUNRISE PLAZA, STE. 305
VALLEY STREAM, NY 11580
(516) 233-1660
WWW.LIEBOWITZLAWFIRM.COM

December 9, 2019

**VIA ECF**

Honorable George B. Daniels
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: DEC 10 2019

SO ORDERED

The initial conference is adjourned from December 11, 2019 to February 5, 2020 at 9:30 a.m.

HON. GEORGE B. DANIELS

Re: *Cuffaro v. Fashionisto LLC (1:19-cv-7265-GBD)*

Dear Judge Daniels,

We represent Plaintiff, Chris Cuffaro, in the above in captioned case. The Defendant has yet to appear in the case or response to the complaint. The clerk has entered a certificate of default. We respectfully request that the initial conference scheduled for December 11, 2019 be adjourned. We will filed our default motion within the next 30 days.

The Court's consideration is much appreciated.

Respectfully Submitted,

/s/Richard Liebowitz
Richard Liebowitz

*Counsel for Plaintiff Chris Cuffaro*

Liebowitz ◉ Law Firm, PLLC