UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

CHRIS CUFFARO,

                                           Plaintiff,                          **19-CV-7265 (GBD) (KHP)**

            -against-                                     **ORDER**

FASHIONISTO LLC,

                                          Defendant.

-------------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

      This case has been referred to me for general pretrial and to decide dispositive motions requiring a report and recommendation. (Doc. No. 12.) By **April 1, 2020**, Plaintiff is directed to serve and file an inquest memorandum, accompanied by supporting affidavits and exhibits setting forth proof of damages, including the costs of this action, Plaintiff's reasonable attorneys' fees, and proposed findings of fact and conclusions of law. All proposed findings of fact must be supported by admissible evidence introduced through affidavit (including evidence that the photograph at issue was copyrighted by submission of the copyright registration). All proposed findings of law must be supported by reference to applicable law. Claims for actual or statutory damages must be specified and supported with admissible evidence (such as an affidavit from the Plaintiff photographer attaching the copyright registration for the photo in question, evidence of any licenses for use of the photograph granted and the price for same, evidence of any sale of the photograph and the price for same). Claims for attorneys' fees and costs must be supported by detailed attorney time records and evidence of costs (such as receipts or evidence of paid invoices) introduced through an attorney declaration.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/20/2020

By no later than **February 21, 2020**, Plaintiff shall serve a copy of its Motion for Default Judgment and all supporting papers, along with a copy of this Order, via a method intended to ensure delivery to Defendant (including service at Defendant's principal place of business). Plaintiff shall file an affidavit of service of the Default Motion and this Order with the Court. Plaintiff shall serve a copy of all papers filed in connection with the damages inquest (as described in the first paragraph of this Order) on Defendant by **April 1, 2020**. Plaintiff shall file an affidavit of service of its damages inquest with the Court.

Defendant shall have until **April 22, 2020** to object or otherwise respond to Plaintiff's Motion for a Default Judgment and application for damages. Defendant must file any objections or response with the Court and serve the response and/or objections on Plaintiff's counsel. A hearing will take place on **April 27, 2020 at 2:00 p.m.** in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York. Counsel for the parties shall be prepared to answer questions and provide testimony, as appropriate, on the damages application.

**SO ORDERED.**

DATED: New York, New York
February 20, 2020

_____
KATHARINE H. PARKER
United States Magistrate Judge