USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 05/15/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

CHRIS CUFFARO,

                            Plaintiff,                                    **19-CV-7265 (GBD) (KHP)**

         -against-                                                   **ORDER**

FASHIONISTO LLC,

                            Defendant.

------------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

       In light of the COVID-19 pandemic, the inquest hearing scheduled for **May 20, 2020 at 11:00 a.m.** will not be held in-person.  Instead, the hearing will be held via Skype for Business.

A dial in phone number for the meeting will be posted on the docket prior to the conference.

Plaintiff is directed to serve a copy of this Order on Defendant via both regular mail and email.

       SO ORDERED.

DATED:    New York, New York
              May 15, 2020

*[signature: Katharine H Parker]*

_____
KATHARINE H. PARKER
United States Magistrate Judge