USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 05/19/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

CHRIS CUFFARO,

                          Plaintiff,                        19-CV-7265 (GBD) (KHP)

      -against-                                       **ORDER**

FASHIONISTO LLC,

                          Defendant.

------------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

      As previously ordered, the inquest hearing scheduled for **May 20, 2020 at 11:00 a.m.** will be held via Skype for Business. The parties should dial: 917-933-2166 and use ID# 250923021. Plaintiff is directed to serve a copy of this Order on Defendant via email.

      **SO ORDERED.**

DATED:     New York, New York
              May 19, 2020

_____
KATHARINE H. PARKER
United States Magistrate Judge