**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------X
CHRIS CUFFARO,

               Plaintiff,

                                                                                 19 **CIV** 7265 (GBD) (KHP)

          -against-                                            **DEFAULT JUDGMENT**

FASHIONISTO LLC,

               Defendant.
----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED, AND DECREED**, That pursuant to the Court's Memorandum Decision and Order dated August 27, 2020, Magistrate Judge Parker's Report is adopted in its entirety; Plaintiffs' motion for a default judgment against Defendant, (ECF No. 15) is granted; Defendant to pay (1) $1,500 in actual damages for Defendant's violation of the Copyright Act, (2) $2,500 for Defendant's violation of the Digital Millennium Copyright Act, (3) $1,700 in attorneys' fees and (4) $400 in cost.

**DATED**: New York, New York
            August 28, 2020

                                                                **RUBY J. KRAJICK**
                                                                  _____
                                                                  **Clerk of Court**
                                                   **BY**: _____
                                                                 **Deputy Clerk**